# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSHALL PULLIAM, PARSHOO BADLU, and SEAN ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANS EXPRESS, INC.; NATIONAL EXPRESS LLC; and NATIONAL EXPRESS TRANSIT CORPORATION,<br><br>Defendants. | **Civil Action No. 1:19-cv-4038**<br><br>**NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** that for the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement, the Declaration of Christopher Q. Davis submitted herewith and the supporting exhibits attached thereto, and all the pleadings and proceedings heretofore had herein, the undersigned respectfully move this Court, before the Honorable Judge Ramon E. Reyes, United States Magistrate Judge, in the United States District Court for the Eastern District of New York, 225 Cadman Plaza E, Brooklyn, NY 11201, for an order:

(1) Granting final approval of the settlement reached by the parties in this action as embodied in their Settlement Agreement (the "Settlement" or the "Settlement Agreement") attached to the Declaration of Christopher Q. Davis as Exhibit 1;

(2) Certifying the following settlement class under the Federal Rules of Civil Procedure 23 in connection with the settlement process:

All persons employed by Defendant Trans Express, Inc. in either a bus driver or dispatcher job in any workweek from July 12, 2013 through March 9, 2021 [30 days from the signing of the Settlement Agreement].

(3) Dismissing the above-captioned action on the merits with prejudice.

Please find the Plaintiffs' **[Proposed] Order Granting Final Approval and Settlement attached hereto as Exhibit A.**

Dated: August 17, 2021
      New York, New York

                                      Respectfully submitted,

                   By:      /s/

                       Christopher Q. Davis (CD-7282)
                       Rachel M. Haskell (RH-8248)
                       **The Law Office of Christopher Q. Davis, PLLC**
                       80 Broad Street, Suite 703
                       New York, New York 10004
                       Telephone: (646) 430-7930

                       *Attorneys for Plaintiffs and the Class*