## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

MARSHALL PULLIAM, PARSHOO BADLU, and SEAN ROBINSON, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

TRANS EXPRESS, INC.; NATIONAL EXPRESS LLC; and NATIONAL EXPRESS TRANSIT CORPORATION,

Defendants.

Civil Action No. 1:19-cv-4038

**DECLARATION OF JOSEPH K. MULHERIN**

1.      My name is Joseph K. Mulherin.  I am fully competent to make this declaration.  The factual statements set forth below are within my personal knowledge.

2.      I am an attorney at McDermott Will & Emery, which represents Defendants Trans Express Inc., National Express LLC and National Express Transit Corporation.

3.      On February 3, 2021, I sent out via Federal Express notice pursuant to 28 U.S.C. § 1715(b) of the Class Action Fairness Act ("CAFA") to the U.S. Attorney General and to the attorneys general of 19 states.  A copy of that notice is attached as Exhibit A.

4.      On February 10, 2021, after this Court entered the Parties' Stipulation to Further Modify Class Action Notice (Dkt. No. 49), I sent out via Federal Express updated CAFA notices with updated exhibits to the attorney generals of 26 states.  The second CAFA notice mailing was sent to seven (7) additional state attorneys general because Defendants ran a skip trace and discovered that Class Members were living in additional states.  Due to a mail processing error, the updated

CAFA notice was sent via Federal Express to the US Attorney General on February 19, 2021. A copy of that notice is attached as Exhibit B.

5.    More than 90 days have passed since those notices were delivered. The U.S. Attorney General and the attorneys general to whom the notices were sent have not filed any objections or otherwise raised any reason to delay approval of the settlement.

6.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____

Joseph K. Mulherin

Date: August 17, 2021

# EXHIBIT A



**mwe.com**

Joseph K. Mulherin
Attorney at Law
jmulherin@mwe.com
+1 312 899-7159

February 3, 2021

VIA FEDERAL EXPRESS

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re:    *Pulliam et al. v. Trans Express Inc. et al.*
       Civil Action No.: 1:19-cv-4038 (E.D. New York)
       Notice of Class Action Settlement under 28 U.S.C. § 1715(b)

Dear U.S. Attorney General:

Pursuant to 28 U.S.C. §1715(b), Defendants in the above-referenced case ("*Pulliam*") provide the following information on the settlement of this class action, which alleges violations of New York wage and hour law and the Fair Labor Standards Act:

1.    Attached hereto as Exhibit A is the Complaint and corresponding exhibits to the complaint in the *Pulliam* matter. The Complaint and corresponding exhibits are also publicly available via PACER at https://pacer.uscourts.gov/ (the "*Pulliam* Docket") as Document 2 on that docket.

2.    Attached hereto is Plaintiffs' Unopposed Motion for Preliminary Approval of the Class Settlement Agreement and Memorandum of Law in Support, which was filed on January 8, 2021. A copy of this filing is attached hereto as Exhibit B, and is available as Documents 40-42 on the *Pulliam* Docket. No hearing has been set on Plaintiffs' motion although the motion has been assigned to the Honorable Ramon E. Reyes, United States Magistrate Judge, in the United States District Court for the Eastern District of New York, 225 Cadman Plaza E, Brooklyn, NY 11201.

3.    The proposed notice to class members is attached hereto as Exhibit C. The proposed notice is also available as Document 41-1 on the *Pulliam* Docket. Class members have the right to opt out.



**444 West Lake Street**  **Chicago IL 60606-0029**  **Tel +1 312 372 2000**  **Fax +1 312 984 7700**

*US practice conducted through McDermott Will & Emery LLP.*

DM_US 176869237-1.T18144.0010

U.S. Attorney General
February 3, 2021
Page 2

4.  The proposed class action settlement terms are set forth in the Class Action Settlement Agreement, which was filed with the Court on January 8, 2021. This document is attached hereto as Exhibit D and is available as Document 41-1 on the *Pulliam* Docket.

5.  Other than the settlement agreement (Exhibit D), there are no other agreements between class counsel and counsel for Defendants concerning this case or this class.

6.  The Court has not entered a final judgment or notice of dismissal in this Action.

7.  There are approximately 1,071 class members, who are current or former employees of Defendants. Settlement portions for class members are not yet available but will be calculated pursuant to a formula that works as follows:

    After subtracting any court-approved Enhancement Awards, any payroll taxes owed by Defendants and any court-approved attorneys' fees and expenses, the balance of the Gross Settlement Amount (which balance shall be referred to as the "Net Settlement Amount") shall be apportioned among "Participating Class Members" (i.e., those who do not opt-out of the Settlement) as follows:

    i. Each Participating Class Member will be awarded $25 for every year or portion of a year that she or he worked for Trans Express, the sum of which shall be referred to as their "Individual WTPA Share" and the total of all Individual WTPA Shares shall be referred to as the "WTPA Fund."

    ii. The remainder of the Net Settlement Amount, after subtracting the WTPA Fund shall be referred to herein as the "On-the-Clock Fund" and will be distributed on a pro rata basis, as follows:

    a. Each Participating Class Member will receive: (1) one point for each week worked between July 12, 2013 and January 1, 2016; (2) four (4) points for each week worked between January 1, 2016 and December 31, 2017; and (3) zero (0) points for each week worked after December 31, 2017.

    b. Each Participating Class Member will then be attributed his or her pro-rata share of the On-the-Clock Fund based on the total awarded points (the "Individual On-the-Clock Fund Share").

    c. Each Participating Class Member will then be attributed the sum of their Individual WTPA Share and Individual On-the-Clock Fund Share, which is referred to herein as a Participating Class Member's "Total Settlement Share."

    iii. Participating Class Members will receive the larger of $250.00 or the "Total Settlement Share".



U.S. Attorney General
February 3, 2021
Page 3

8.    The estimated number of class members from each state and the estimated proportionate share of the claims of such members to the entire settlement (by state) is attached hereto as Exhibit E.  Also included in Exhibit E is a state by state list of class members.

9.    As yet, there are no judicial opinions approving or disapproving of the amended settlement or the settlement notice.

Sincerely,


*/s/ Joseph K. Mulherin*

Joseph K. Mulherin

Enclosures:
Exhibit A - Complaint
Exhibit B - Plaintiffs' Motion for Unopposed Preliminary Approval of Class Settlement
          & Supporting Memorandum
Exhibit C – Notice of Class Action Settlement
Exhibit D - Class Action Settlement Agreement and Release
Exhibit E – List of Proposed Class Members

cc:  Alabama Office of the Attorney General
     Arkansas Office of the Attorney General
     California Office of the Attorney General
     Connecticut Office of the Attorney General
     Florida Office of the Attorney General
     Georgia Office of the Attorney General
     Illinois Office of the Attorney General
     Indiana Office of the Attorney General
     Massachusetts Office of the Attorney General
     Maryland Office of the Attorney General
     Michigan Office of the Attorney General
     Missouri Office of the Attorney General
     North Carolina Office of the Attorney General
     New Jersey Office of the Attorney General
     New York Office of the Attorney General
     Pennsylvania Office of the Attorney General
     South Carolina Office of the Attorney General
     Texas Office of the Attorney General
     Virginia Office of the Attorney General

**McDermott
Will & Emery**

DM_US 176869237-1.T18144.0010

U.S. Attorney General
February 3, 2021
Page 4

Via email only:
Christopher Q. Davis (cdavis@workingsolutionsnyc.com)
Rachel Haskell (rhaskell@workingsolutionsnyc.com)



DM_US 176869237-1.T18144.0010

# EXHIBIT B



**mwe.com**

Joseph K. Mulherin
Attorney at Law
jmulherin@mwe.com
+1 312 899-7159

February 10, 2021

VIA FEDERAL EXPRESS

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re:    *Pulliam et al. v. Trans Express Inc. et al.*
       Civil Action No.: 1:19-cv-4038 (E.D. New York)
       Updated Notice of Class Action Settlement under 28 U.S.C. § 1715(b)

Dear U.S. Attorney General:

On February 4, 2021, Defendants in the above-referenced case ("*Pulliam*") served notice pursuant to the Class Action Fairness Act, 28 U.S.C. §1715(b), of a settlement of this class action, which alleges violations of New York wage and hour law and the Fair Labor Standards Act. Defendants hereby submit this updated CAFA notice, which updates Exhibit E identifying the class members and their states of residence and the state attorneys general who will also receive this Notice:

1.    Attached hereto as Exhibit A is the Complaint and corresponding exhibits to the complaint in the *Pulliam* matter. The Complaint and corresponding exhibits are also publicly available via PACER at https://pacer.uscourts.gov/ (the "*Pulliam* Docket") as Document 2 on that docket.

2.    Attached hereto is Plaintiffs' Unopposed Motion for Preliminary Approval of the Class Settlement Agreement and Memorandum of Law in Support, which was filed on January 8, 2021. A copy of this filing is attached hereto as Exhibit B, and is available as Documents 40-42 on the *Pulliam* Docket. No hearing has been set on Plaintiffs' motion although the motion has been assigned to the Honorable Ramon E. Reyes, United States Magistrate Judge, in the United States District Court for the Eastern District of New York, 225 Cadman Plaza E, Brooklyn, NY 11201.

3.    The proposed notice to class members is attached hereto as Exhibit C. The proposed notice is also available as Document 41-1 on the *Pulliam* Docket. Class members have the right to opt out.



444 West Lake Street   Chicago IL 60606-0029   Tel +1 312 372 2000   Fax +1 312 984 7700

US practice conducted through McDermott Will & Emery LLP.

DM_US 176869237-2.T18144.0010

U.S. Attorney General
February 10, 2021
Page 2

4.  The proposed class action settlement terms are set forth in the Class Action Settlement Agreement, which was filed with the Court on January 8, 2021. This document is attached hereto as Exhibit D and is available as Document 41-1 on the *Pulliam* Docket.

5.  Other than the settlement agreement (Exhibit D), there are no other agreements between class counsel and counsel for Defendants concerning this case or this class.

6.  The Court has not entered a final judgment or notice of dismissal in this Action.

7.  There are approximately 1,067 class members, who are current or former employees of Defendants. Settlement portions for class members are not yet available but will be calculated pursuant to a formula that works as follows:

> After subtracting any court-approved Enhancement Awards, any payroll taxes owed by Defendants and any court-approved attorneys' fees and expenses, the balance of the Gross Settlement Amount (which balance shall be referred to as the "Net Settlement Amount") shall be apportioned among "Participating Class Members" (i.e., those who do not opt-out of the Settlement) as follows:

> i.  Each Participating Class Member will be awarded $25 for every year or portion of a year that she or he worked for Trans Express, the sum of which shall be referred to as their "Individual WTPA Share" and the total of all Individual WTPA Shares shall be referred to as the "WTPA Fund."

> ii.  The remainder of the Net Settlement Amount, after subtracting the WTPA Fund shall be referred to herein as the "On-the-Clock Fund" and will be distributed on a pro rata basis, as follows:

> a.  Each Participating Class Member will receive: (1) one point for each week worked between July 12, 2013 and January 1, 2016; (2) four (4) points for each week worked between January 1, 2016 and December 31, 2017; and (3) zero (0) points for each week worked after December 31, 2017.

> b.  Each Participating Class Member will then be attributed his or her pro-rata share of the On-the-Clock Fund based on the total awarded points (the "Individual On-the-Clock Fund Share").

> c.  Each Participating Class Member will then be attributed the sum of their Individual WTPA Share and Individual On-the-Clock Fund Share, which is referred to herein as a Participating Class Member's "Total Settlement Share."

> iii.  Participating Class Members will receive the larger of $250.00 or the "Total Settlement Share".



DM_US 176869237-2.T18144.0010

U.S. Attorney General
February 10, 2021
Page 3

8.    The estimated number of class members from each state and the estimated proportionate share of the claims of such members to the entire settlement (by state) is attached hereto as Exhibit E.  Also included in Exhibit E is a state by state list of class members.

9.    As yet, there are no judicial opinions approving or disapproving of the amended settlement or the settlement notice.

Sincerely,


*/s/ Joseph K. Mulherin*

Joseph K. Mulherin

Enclosures:
Exhibit A - Complaint
Exhibit B - Plaintiffs' Motion for Unopposed Preliminary Approval of Class Settlement
            & Supporting Memorandum
Exhibit C – Notice of Class Action Settlement
Exhibit D - Class Action Settlement Agreement and Release
Exhibit E – List of Proposed Class Members

cc:   Alabama Office of the Attorney General
      Arizona Office of the Attorney General
      Arkansas Office of the Attorney General
      California Office of the Attorney General
      Colorado Office of the Attorney General
      Connecticut Office of the Attorney General
      Delaware Office of the Attorney General
      Florida Office of the Attorney General
      Georgia Office of the Attorney General
      Illinois Office of the Attorney General
      Indiana Office of the Attorney General
      Massachusetts Office of the Attorney General
      Maryland Office of the Attorney General
      Michigan Office of the Attorney General
      Missouri Office of the Attorney General
      Nevada Office of the Attorney General
      New Hampshire Office of the Attorney General
      New Jersey Office of the Attorney General
      New York Office of the Attorney General
      North Carolina Office of the Attorney General

**McDermott**
**Will & Emery**

DM_US 176869237-2.T18144.0010

U.S. Attorney General
February 10, 2021
Page 4

    Ohio Office of the Attorney General
    Pennsylvania Office of the Attorney General
    South Carolina Office of the Attorney General
    Texas Office of the Attorney General
    Virginia Office of the Attorney General
    West Virginia Office of the Attorney General

Via email only:
Christopher Q. Davis (cdavis@workingsolutionsnyc.com)
Rachel Haskell (rhaskell@workingsolutionsnyc.com)



DM_US 176869237-2.T18144.0010